Print Form

Instructions for use:

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court..

IFP Pending / NO Summ iSS

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

FILED
LODGED
ENTERED
RECEIVED

SG    AUG 05 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

Plaintiff(s)

vs. Joseph CARTER

JeNNy Durken, ETAL

Defendant(s),

21 CV-01046 JLR

**COMPLAINT**

## Parties to this Complaint:

Plaintiff's Name, Address and Phone Number

Joseph CARTER
2017 3 Ave #401
Seattle, WA 98121 - Ph# 206-712-3074

Defendant's Name, Address and Phone Number

JeNNy Durkan (official Cap)
600 4 Ave FL 7
Seattle, WA 98104 - PH# 206-684-4000

Defendant's Name, Address and Phone Number

Adrian Diaz (offical cap)
610 5th Ave
Seattle, WA 98104 - PH# 206·684·5577

Defendant's Name / Address and Phone Number

Officer John Marion Badge #6963
610 5th Ave
Seattle, WA 98104 - Police Department #
206-648-5577

Officer Jared Stone Badge #7446
610 5th Ave
Seattle, WA 98104 - Police Department #
206-648-5577

Pete Holmes (offical cap) City Attorney
701 5th Ave
Seattle, WA 98104

(If you have more defendants, list them using the same outline on another piece of paper.
Attach additional sheets, if necessary)

## Jurisdiction
(Reason your case is being filed in federal court)

The City of Seattle Police officer has under The U.S Section 1983 of the U.S Code of Civil Rights has Violate my Constitiona rights and Due process.

## Statement of Claim:
(State here as briefly as possible the facts of your case.)

Plaintiff Joseph CARTER has been Areested Several times by officer John Marion #6963 and officer Jared Stone Badge # 7446. I have been threatened and harassed by these officer for Several years. Plaintiff CARTER was arrested for Criminal Trepass. The City of Seattle Attorney Pete Holmes has willingly and Knowingly has Charged Plaintiff CARTER with Criminal trespass after Plaintiff CARTER cases has been dismissed with Prejudice.

Statement of Claim

**Statement of Claim**
(continued):

**Statement of Claim**
(continued):

Statement of Claim

Prior to June 15, 2015, I was appoach by 2 City of Seatle police office telling me that they have been watching me and if I contiue to make trouble that. I would not be able to make any money at Century Link Field. They made it clear that I was a smart ass Nigger and they will be watching me. This incident stem from two Seattle police office in which, I found out were John Marion Badge #6963 and officer Jarod Stone Badge #7446 They both Constance profile and haress me every tim thay seen me. Prior to June 15, 2015. I knew that I was been target So. I went to Seattle Office of police accountabilty and file a Complaint against they for harasshent and profiling on June 15, 2015 I was told to 2 of my friend. I was appoach by officers John Marion #6963 and Jerod Stone # 7446 they told me that I was under arrest and I asked for what they said for Criminal trepass. I know for Sure

Prior to the arrest, I was never given a trepass warning or trepass citation. I knew that they were not following the laws that goven by there police department. These police officer made Statement telling me that they can do whatever

**● Due process** they want Sue them

they knew that they was violated my Constitutional rights and profiling black men.

1) Due process rights under the 5 and 14 Amendments was purposely viloted. Not only did these officer viloted my due process rights they single out me and they viloted theyer own departmental policies ~~the~~ on march 29, 2016 the Case of Criminal trepass was dismissed with prejudice (June 20, 2016) See exhibit A.

2) Malicious prosecution - The City of Seattle engaged in prosecution even after the Judge has dismissed Cases against my by the same officer John Marion #6963 and Jarod Stone #7466 The City of Seattle was well aware of Their action, After I was arrested and was given a court date in the County Jail

The City of Seattle Prosector would not bring Joseph CARTER before the Court knowing that they was in violation of the Judge order of dismissed with prejudice. I was arrested 7 times on Criminal trespass and to date 6 of them as been dismissed with prejudice An one is active my Last Court date was Oct 10, 2019 at 9:00 Am Court Room 903

I have been Constance profile, haress and arrested after all that I have done. I have reported these officer to their police department Courts and the mayor office.

3) false Imprisonment to date I have been arrested 4 times by these officer 2 by King County Sheriff office. I have been profile haress, intimidated officer these officer knowing have arrested me even after I have shown them prove that my case has been dismiss with prejudice these officer willful and knowing violated my Constitutional right with impunity

**Relief:**
(State briefly exactly what you want the court to do for you)

In Relief the Plaintiff Carter is asking The Court award him 10 million in Compensation for damages for Mental distress, Harassment, false imprisonment, Profiling and Prosecutorial misconduct. An Order the City of seattle police department to follow rule under the Federal decree Consent even under this rules my Rights has been Violated. Also to Stop the bias, Harassment and Racial profiling of Black Men

**Jury Demand:**
(Optional)

Plantiff CARTER is asking the jury reward him in the amount of 10 million for the years that I have exhasted time, money, health and resources

05 Aug 2021

Date

*Joseph Carter*

Signature of Plaintiff

Page 4 of 4