UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH CARTER, | CASE NO. C21-1046JLR |
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | |
| JENNY A. DURKAN, et al., | |
| Defendants. | |

On December 22, 2021, the court entered an order dismissing Plaintiff Joseph Carter's complaint because he failed to state a cognizable claim for relief. (Order (Dkt. # 17).) The court dismissed his due process claim under 42 U.S.C. § 1983 with prejudice but dismissed his claims for false arrest or false imprisonment and malicious prosecution under 42 U.S.C. § 1983 without prejudice. (*Id.* at 21.) The court granted Mr. Carter 21 days following the entry of that order to "file an amended complaint for false imprisonment or false arrest and malicious prosecution related to the 2018/19 criminal trespass arrest and prosecution" that corrected the deficiencies noted in the court's

ORDER - 1

December 22, 2021 order.  (*Id.* at 19-21.)  The court warned Mr. Carter that failure to timely comply with the court's December 22, 2021 order would "result in dismissal of this case with prejudice."  (*Id.* at 21.)  More than 21 days have passed since the court filed its order of dismissal, and Mr. Carter has failed to file an amended complaint or any other submission in response to the court's December 22, 2021 order.  (*See generally* Dkt.)  Accordingly, the court DISMISSES his complaint WITH PREJUDICE.

Dated this 18th day of January, 2022.

JAMES L. ROBART
United States District Judge